RECORD OF GRAND JURY BALLOT

c/ 2:14 cR 596

THE UNITED STATES OF AMERICA v. DAVID STONE

(SEALED UNTIL FURTHER ORDER OF THE COURT)