IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**VS**  CR NO. <u>2:14-CR-00596-DCN</u>

**DAVID STONE**

# PLEA

The defendant, **DAVID STONE**, having withdrawn ~~her~~ *his* plea of Not Guilty entered June 21, 2017 pleads guilty to **Count(s)** _____1_____ of the (**Indictment**)/**Superseding Indictment**, after arraignment in open court.

X _____
(Signed) Defendant

Charleston, South Carolina
February 12, 2018