IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**CASE NO: 2:14-CR-596**

UNITED STATES OF AMERICA,

vs.

**DAVID STONE**

                DEFENDANT.

NOTICE OF REQUEST FOR PROTECTION FROM
COURT APPEARANCES

Undersigned counsel hereby requests protection from court appearances in the above-captioned case from March 8, 2018 through March 16, 2018. Counsel will be out of the country for a prearranged trip for business.

                Respectfully submitted,

                _s/ Jason P. Peavy_____
                Jason P. Peavy
                Law Office of Jason P. Peavy
                3104 Devine Street
                Columbia, SC 29205
                Jason@peavylaw.cm
                803-779-4857
                Federal ID #7900

Columbia, South Carolina

February 19, 2018