# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/R No.: 2:14-596 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| DAVID STONE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before this court pursuant to the request by United States Probation in Florida for early termination of defendant's probation. After careful consideration, it is therefore

**ORDERED** that defendant's probation shall be terminated effective July 1, 2020 only if defendant has no further violations.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

March 13, 2020
Charleston, South Carolina